## Index to Exhibits

- Exhibit 1
    - Affidavit and Application for Search Warrant

- Exhibit 2
    - www.FBI .gov – Excerpts

- Exhibit 3
    - David Kice, *FBI Agent David Kice Transcript,* 21 Atada News 23, 23-37 (Spring 2011)