# EXHIBIT 2

# www.FBI.gov Excerpts

